IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, JANE DOE 2,
and JANE DOE 3,

      Plaintiffs,

v.                                                  No. 23-CV-00362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS,
MEGHAN DE LOS REYES, in her individual capacity,
PAUL WEIR, in his individual capacity,
GLEN'S FITNESS LAB, and
GLEN DE LOS REYES,

      Defendants.

**NOTICE TO TAKE THE VIDEO DEPOSITION OF GLEN DE LOS REYES**

TO:    Glen de los Reyes
          c/o Arlyn G. Crow
          Amanda K. Nelson
          Adams+Crow Law Firm
          5051 Journal Center Blvd. NE, Suite 320
          Albuquerque, New Mexico 87109

          c/o Charlotte A. Lamont
          Kirk R. Allen
          clamont@mstlaw.com
          kallen@mstlaw.com
          Miller Stratvert, P.A.
          P.O. Box 25687
          Albuquerque, NM 87125-0687

      YOU ARE HEREBY NOTIFIED that Plaintiff will take the video deposition of Glen de los Reyes before a certified court reporter and videographer beginning at 9:30 a.m. on October 20, 2023, at the offices of Egolf + Ferlic + Martinez + Harwood, LLC, 123 W. San Francisco Street, Second Floor, Santa Fe, New Mexico 87101.

YOU ARE FURTHER NOTIFIED that Plaintiff may offer this deposition in lieu of live testimony at the trial of this matter.

        Respectfully submitted,

        EGOLF + FERLIC +
        MARTINEZ + HARWOOD

        */s/ Katherine Ferlic*
        Katherine Ferlic
        Brian Egolf
        Kristina Martinez
        Ben Osborn
        123 W. San Francisco Street, Second Floor
        Santa Fe, New Mexico 87501
        (505) 986-9641
        Kate@EgolfLaw.com
        Brian@EgolfLaw.com
        Kristina@EgolfLaw.com
        Ben@EgolfLaw.com
        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of October 2023, I filed the foregoing Notice to Take the Video Deposition of Glen de los Reyes, through the Court's CM/ECF system, which caused the parties to be served by electronic means, as more fully reflected on the notice of electronic filing.

        */s/ Katherine Ferlic*
        Katherine Ferlic