IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, JANE DOE 2,
and JANE DOE 3,

    Plaintiffs,

v.                                            No. 23-CV-00362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS,
MEGHAN DE LOS REYES, in her individual capacity,
PAUL WEIR, in his individual capacity,
GLEN'S FITNESS LAB, and
GLEN DE LOS REYES,

    Defendants.

FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,
Plaintiff in Intervention,

v.

MEGHAN AND GLEN DE LOS REYES AND GLEN'S FITNESS LAB,
Defendants in Intervention,

And

JANE DOES 1, 2, AND 3,
Involuntary Defendants in Intervention.

### ORDER GRANTING PLAINTIFFS' JOINT MOTION TO EXTEND DISCOVERY DEADLINES

THIS MATTER comes before the Court on Plaintiffs' Joint Motion to Extend Discovery Deadlines, filed December 27, 2023 (Doc 83).  Having reviewed the motion and other matters of record, and being fully advised, the Court finds there is good cause for granting the extensions requested in the motion.

IT IS THEREFORE ORDERED that the Plaintiffs' Joint Motion to Extend Discovery Deadlines, filed December 27, 2023 (Doc 83), is GRANTED, and the following case-management deadlines in this matter are extended to the dates specified below:

(a)  The deadline for Plaintiffs' Rule 26(a)(2) expert disclosures is extended from December 28, 2023, to March 27, 2024;

(b)  The deadline for Defendants' Rule 26(a)(2) expert disclosures is extended from January 29, 2024, to May 29, 2024;

(c)  The termination date for discovery is extended from March 29, 2024, to July 9, 2024;

(d)  The deadline for motions related to discovery is extended from April 5, 2024, to July 15, 2024; and

(e)  The deadline for pretrial motions is extended from May 10, 2024, to August 12, 2024.

IT IS FURTHER ORDERED that all other deadlines and discovery parameters set forth in the Order Setting Case Management Deadlines and Discovery Parameters, filed August 14, 2023 (Doc. 45), remain in place.

**IT IS SO ORDERED**

_____
JERRY H. RITTER
United States Magistrate Judge

Approved by:

EGOLF + FERLIC +
MARTINEZ + HARWOOD, LLC

Katherine Ferlic
Brian Egolf
Kristina Martinez
Ben Osborn
123 W. San Francisco Street, Second Floor
Santa Fe, New Mexico 87501
(505) 986-9641
Kate@EgolfLaw.com
Brian@EgolfLaw.com
KMartinez@Egolflaw.com
Ben@EgolfLaw.com

*Attorneys for Plaintiffs*

WALZ AND ASSOCIATES, P.C
Jerry A. Walz
Alisha L. Walz
133 Eubank Blvd NE
Albuquerque, NM 87123
505-275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com

*Attorneys for Defendant Eastern New Mexico University Board of Regents*

QUIÑONES LAW FIRM
Carlos Quiñones
1532 B Paseo de Peralta
Santa Fe, NM 87505
505-992-1515
quinoneslaw@cybermesa.com

*Attorney for Defendant Paul Weir*

COPPLER LAW FIRM, P.C.
Gerald A. Coppler
645 Don Gaspar Avenue
Santa Fe, NM 87505
505-988-5656
gcoppler@coppler.com

O'BRIEN & PADILLA, P.C.
Daniel J. O'Brien

3

Jeffrey M. Mitchell
Penelope M. Quintero
6000 Indian School Rd NE, Suite 200
Albuquerque, NM 87110
505-883-8181
Fax: 505-883-3232
dobrien@obrienlawoffice.com
jmitchell@obrienlawoffice.com
pquintero@obrienlawoffice.com

*Attorneys for Defendant Meghan de los Reyes*

ADAMS+CROW LAW FIRM
Arlyn G. Crow
Amanda K. Nelson
5051 Journal Center Blvd., N.E., Suite 320
Albuquerque, NM 87109
505-582-2819
arlyn@adamscrow.com
amanda@adamscrow.com

*Attorneys for Defendants Glen de los Reyes and Glen's Fitness Lab, LLC*

MILLER STRATVERT P.A.
Charlotte A. Lamont
Cooper J. Williams
Kirk R. Allen
500 Marquette N.W.
Suite 1100
Albuquerque, NM 87102
505-842-4723
clamont@mstlaw.com
cwilliams@mstlaw.com
kallen@mstlaw.com

*Attorneys for Defendant Glen de los Reyes*

CUDDY & MCCARTHY, LLP
Scott P. Hatcher, Esq.
Emma D.B. Weber, Esq.
1701 Old Pecos Trail
Santa Fe, NM 87505
(505) 988-4476

4

shatcher@cuddymccarthy.com
eweber@cuddymccarthy.com

*Attorneys for Intervenor Plaintiff Foremost Insurance Company Grand Rapids, Michigan*