IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXCIO

JANE DOE 1, *et al.*,

    Plaintiffs,

v.       Civ. No. 23-362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, *et al.*,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court upon review of the record.  The Court will hold a telephonic status conference on **January 24, 2024, at 1:30 p.m.,** to discuss resetting the dates for trial.  Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461,** to connect to the proceedings.  Client attendance is not required.

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE