# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

### Clerk's Minutes

### 23-cv-362 GBW/JHR

*Doe 1 et al. v. Eastern New Mexico Board of Regents et al.*

### Date of Hearing:    1/24/2024
### *(not recorded)*

**Attorneys for Plaintiffs**
**Jane Doe 1-3:**                        Benjamin Osborn
                                         Katherine Ferlic


**Attorney for Intervenor Plaintiff**
**Foremost Insurance Company**
**Grand Rapids Michigan:**               Emma Weber

**Attorneys for Defendant**
**Eastern New Mexico Board**
**Of Regents:**                          Alisha Walz
                                         Jerry Walz


**Attorneys for Defendant**
**Glen De Los Reyes:**                   Amanda Kaye Nelson
                                         Arlyn Crow
                                         Cooper Williams


**Attorneys for**
**Glen's Fitness Lab, LLC:**             Amanda Kaye Nelson
                                         Arlyn Crow


**Attorneys for Defendant**
**Meghan De Los Reyes:**                 Gerald Coppler
                                         Jeffrey Mitchell

**Attorney for Defendant
Paul Weir:**                          Carlos Quinones


**Proceedings**:                      Status Conference

    *Start Time*:                 1:30 p.m.
    *Stop Time*:                  1:55 p.m.
    **Total Time:**               **25 minutes**


**Clerk**:                            DKK


**Notes**:

- The Court made introductions.
- The Court explained that it had set this status conference to reset the previously scheduled trial dates due to an extension of the discovery deadlines.  *See doc. 90*.
- After hearing from each party, the Court set the trial for **February 18-28, 2025**.
- The Court stated that it would wait to make a decision about the location of trial until August or September 2024.
- The Court also set the Pretrial Conference for **January 30, 2025, at 11:00 a.m. in person at the United States Courthouse, 100 N. Church St., Las Cruces, NM.**
- The Court asked if there was anything else to address.
- Hearing nothing, the Court concluded proceedings.