IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, *et al.*,

    Plaintiffs,

v.                                                                                                    Civ. No. 23-362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, *et al.*,

    Defendants,

and

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

    Plaintiff-in-Intervention,

v.

MEGHAN DE LOS REYES, *et al.*,

    Defendants-in-Intervention,

and

JANE DOE 1, *et al.*,

    Involuntary Defendants-in-Intervention.

## ORDER FOR DEFENDANT EASTERN NEW MEXICO BOARD OF REGENTS TO REFILE EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (*DOC. 181*)

THIS MATTER comes before the Court *sua sponte*. Defendant Eastern New Mexico Board of Regents ("ENMUBOR") filed its exhibits in support of its Motion for

Summary Judgment on All Claims in Count I, V, and VII and Supporting Memorandum (*doc. 181*) on August 22, 2024.  *See doc. 185*.  Upon review of Defendant ENMUBOR's exhibits, it appears that Defendant ENMUBOR unintentionally[1] redacted various portions of its exhibits that it meant to highlight for the Court's attention.  *See generally docs. 185-1 to -15*.  The Court is unable to read the portions of the exhibits that are unintentionally redacted.

**IT IS THEREFORE ORDERED** that Defendant ENMUBOR must refile its exhibits in support of its Motion for Summary Judgment on All Claims in Count I, V, and VII and Supporting Memorandum (*doc. 181*) by **November 5, 2024**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

---

[1] The Court assumes that the redactions are unintentional because Defendant ENMUBOR cites to redacted portions of its exhibits in its Motion for Summary Judgment and various other briefings, and the redactions are in a highlighter yellow color.