# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, *et al.*,

    Plaintiffs,

v.                                                                                                      Civ. No. 23-362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, *et al.*,

    Defendants,

and

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

    Plaintiff-in-Intervention,

v.

MEGHAN DE LOS REYES, *et al.*,

    Defendants-in-Intervention,

and

JANE DOE 1, *et al.*,

    Involuntary Defendants-in-Intervention.

## ORDER GRANTING MOTION TO VACATE HEARING

THIS MATTER comes before the Court on Glen de los Reyes's Motion to Vacate Hearing set for November 26, 2024. *Doc. 268*. Having reviewed the Motion and being otherwise fully informed, the Court will GRANT it.

IT IS THEREFORE ORDERED that the Motion Hearing set for November 26, 2024, at 1:00 p.m. is hereby VACATED, to be reset at a later date.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**