IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, *et al.*,

    Plaintiffs,

v.                                                                                    Civ. No. 23-362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, *et al.*,

    Defendants,

and

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

    Plaintiff-in-Intervention,

v.

MEGHAN DE LOS REYES, *et al.*,

    Defendants-in-Intervention,

and

JANE DOE 1, *et al.*,

    Involuntary Defendants-in-Intervention.

### ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE

THIS MATTER comes before the Court upon review of the record. The Court will hold a Telephonic Scheduling Conference on **December 12, 2024, at 1:30 p.m**. to discuss setting a new date for the previously set in-person motion hearing that was

vacated on November 21, 2024.  *See doc. 270.*  Parties shall call Judge Wormuth's teleconference line at **(855) 244-8681, access code 2303 928 4812**, to be connected to the proceedings.  Client attendance is not required.

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**