# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## Chief United States Magistrate Judge

### Clerk's Minutes

### 23-cv-362 GBW/JHR

*Doe 1 et al. v. Eastern New Mexico Board of Regents et al.*

Date of Hearing:   12/12/2024
*(not recorded)*

| | |
|---|---|
| **Attorneys for Plaintiffs** <br> **Jane Doe 1-3:** | Benjamin Osborn <br> Katherine Ferlic |
| **Attorney for Intervenor Plaintiff** <br> **Foremost Insurance Company** <br> **Grand Rapids Michigan:** | Scott Hatcher |
| **Attorneys for Defendant** <br> **Eastern New Mexico Board** <br> **Of Regents:** | Alisha Walz <br> Jerry Walz |
| **Attorneys for Defendant** <br> **Glen De Los Reyes and** <br> **Glen's Fitness Lab, LLC:** | Arlyn Crow <br> Mareike Bandy |
| **Attorneys for Defendant** <br> **Meghan De Los Reyes:** | Gerald Coppler |

**Attorney for Defendant**
**Paul Weir:**                                              Carlos Quinones

**Proceedings**:                                            Scheduling Conference

    *Start Time*:                      1:30 p.m.
    *Stop Time*:                       1:45 p.m.
    **Total Time:**                    **15 minutes**

**Clerk**:                                                  DKK

**Notes:**

- The Court made introductions.
- The Court explained that it had set this scheduling conference to discuss setting a new date for the previously set in-person motion hearing that was vacated on November 21, 2024. *See doc. 270.*
- The Court recognized that Plaintiffs' Motion for Leave to File Second Amended Complaint ("Plaintiffs' Motion to Amend") (*doc. 130*) remains pending but noted its intent to proceed with scheduling a new date for the dispositive motion hearing.
- After discussion with the parties about their preferred date for the hearing, the Court set the motion hearing for **February 6, 2025, at 1:00 p.m.** in the **Organ Courtroom at the United States Courthouse, 100 N. Church St., Las Cruces, NM**.
- Mr. Coppler and Mr. Quinones requested that they be allowed to attend the motion hearing remotely via Zoom videoconference.
- Hearing no objections to their request, the Court stated that Mr. Coppler and Mr. Quinones may attend the motion hearing remotely via Zoom videoconference.
- The Court expressed that it may set a status conference in mid-January depending on the status of Plaintiffs' Motion to Amend.
- The Court asked if there was anything else to address.
- Hearing nothing, the Court concluded proceedings.