IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, JANE DOE 2,
and JANE DOE 3,

    Plaintiffs,

v.                                        No. 23-CV-00362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS,
MEGHAN DE LOS REYES, in her individual capacity,
PAUL WEIR, in his individual capacity,
GLEN'S FITNESS LAB, and
GLEN DE LOS REYES,

    Defendants.

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

    Plaintiff in Intervention,

v.

MEGHAN AND GLEN DE LOS REYES
AND GLEN'S FITNESS LAB,

    Defendants in Intervention,
and

JANE DOES 1, 2, AND 3,

    Involuntary Defendants in Intervention.

### STIPULATED ORDER GRANTING ADAMS+CROW LAW FIRM'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW GENERAL ENTRY OF APPEARANCE AND FILE LIMITED ENTRY OF APPEARANCE

THIS MATTER comes before the Court on ADAMS+CROW LAW FIRM's Unopposed Motion for Leave to Withdraw General Entry of Appearance and File Limited Entry of Appearance, (Doc. 269), filed November 20, 2024 (the "Motion").

The Court, having reviewed the Motion and otherwise being advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED. ADAMS+CROW LAW FIRM may file a limited entry of appearance, limiting its representation to defense of the claims asserted by Jane Does 1, 2, and 3 only.

**IT IS SO ORDERED.**

_____
HONORABLE Jerry H. Ritter
United States Magistrate Judge

Respectfully submitted by:

*/s/ Arlyn G. Crow*
Arlyn G. Crow
Mareike K. Bandy
ADAMS+CROW LAW FIRM
5051 Journal Center Blvd., N.E., Suite 320
Albuquerque, NM 87109
505-582-2819
arlyn@adamscrow.com
Mareike@adamscrow.com
*Attorneys for Defendants Glen de los Reyes and Glen's Fitness Lab, LLC*

Approved by:

*/s/ Alisha L. Walz (approved 11/7/24)*
Jerry A. Walz
Alisha L. Walz
WALZ AND ASSOCIATES, P.C
133 Eubank Blvd NE
Albuquerque, NM 87123
505-275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com
*Attorneys for Defendant Eastern New Mexico University Board of Regents*

*/s/ Carlos Quiñones (approved 11/7/24)*
Carlos Quiñones
QUIÑONES LAW FIRM
1532 B Paseo de Peralta
Santa Fe, NM 87505
505-992-1515
quinoneslaw@cybermesa.com
*Attorney for Defendant Paul Weir*

*/s/ Gerald A. Coppler (approved 11/18/24)*
Gerald A. Coppler
COPPLER LAW FIRM, P.C.
645 Don Gaspar Avenue
Santa Fe, NM 87505
505-988-5656
gcoppler@coppler.com
*Attorneys for Defendant Meghan de los Reyes*

*/s/ William R. Anderson (approved 11/20/24)*
Daniel J. O'Brien
William R. Anderson
Penelope M. Quintero
O'BRIEN & PADILLA, P.C.
6000 Indian School Rd NE, Suite 200
Albuquerque, NM 87110
505-883-8181
Fax: 505-883-3232
dobrien@obrienlawoffice.com
wanderson@obrienlawoffice.com
pquintero@obrienlawoffice.com
*Attorneys for Defendant Meghan de los Reyes*

*/s/ Charlotte A. Lamont (approved 11/18/24)*
Charlotte A. Lamont
Cooper J. Williams
Kirk R. Allen
MILLER STRATVERT P.A.
500 Marquette N.W.
Suite 1100
Albuquerque, NM 87102

505-842-4723
clamont@mstlaw.com
cwilliams@mstlaw.com
kallen@mstlaw.com
*Attorneys for Defendant Glen de los Reyes*

No position:

3

*/s/ Katherine Ferlic (11/7/24)*
EGOLF + FERLIC +
MARTINEZ + HARWOOD, LLC
Katherine Ferlic
Brian Egolf
Kristina Martinez
Ben Osborn
123 W. San Francisco Street, Second Floor
Santa Fe, New Mexico 87501
(505) 986-9641
Kate@EgolfLaw.com
Brian@EgolfLaw.com
KMartinez@Egolflaw.com
Ben@EgolfLaw.com
*Attorneys for Plaintiffs*

*/s/ Scott P. Hatcher (11/20/2024)*
Scott P. Hatcher, Esq.
CUDDY & MCCARTHY, LLP
1701 Old Pecos Trail
Santa Fe, NM 87505
(505) 988-4476
shatcher@cuddymccarthy.com
*Attorneys for Intervenor Plaintiff Foremost Insurance Company*
*Grand Rapids, Michigan*