IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, *et al.*,

    Plaintiffs,

v.                                                                  Civ. No. 23-362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, *et al.*,

    Defendants,

and

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

    Plaintiff-in-Intervention,

v.

MEGHAN DE LOS REYES, *et al.*,

    Defendants-in-Intervention,

and

JANE DOE 1, *et al.*,

    Involuntary Defendants-in-Intervention.

### **ORDER FOR MAYER, LLP TO FILE NOTICE OR MOTION**

THIS MATTER comes before the Court upon a review of the record. In this matter, Defendant Glen de los Reyes is represented by attorneys from three different firms—Mayer, LLP; Adams+Crow Law Firm; and Miller Stratvert P.A. On November

1

20, 2024, Adams+Crow Law Firm filed an Unopposed Motion for Leave to Withdraw General Entry of Appearance and File Limited Entry of Appearance, requesting that the Court allow it to limit its representation of Defendant Glen de los Reyes exclusively to defending against the claims brought by Plaintiffs. *Doc. 269*. The Honorable Jerry H. Ritter granted Adams+Crow Law Firm's Motion on December 20, 2024. *Doc. 278*. On January 15, 2025, Miller Stratvert P.A. filed a Motion for Leave to Withdraw General Entry of Appearance and File Limited Entry of Appearance, similarly requesting that the Court allow it to limit its representation of Defendant Glen de los Reyes exclusively to defending against the claims brought by Plaintiffs. *Doc. 281*. Judge Ritter has yet to rule on Miller Stratvert P.A.'s Motion. Mayer, LLP has not filed a motion requesting that the Court allow it to limit its representation of Defendant Glen de los Reyes exclusively to defending against the claims brought by Plaintiffs.

    IT IS THEREFORE ORDERED that, **by January 24, 2025,** Mayer, LLP shall file either (i) a notice indicating that it intends to continue as counsel for Defendant Glen de los Reyes for all purposes, or (ii) a motion seeking to limit its appearance and representation.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**