IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, JANE DOE 2,
and JANE DOE 3,

    Plaintiffs,

v.                                        No. 23-CV-00362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS,
MEGHAN DE LOS REYES, in her individual capacity,
PAUL WEIR, in his individual capacity,
GLEN'S FITNESS LAB, and
GLEN DE LOS REYES,

    Defendants.

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

    Plaintiff in Intervention,

v.

MEGHAN AND GLEN DE LOS REYES
AND GLEN'S FITNESS LAB,

    Defendants in Intervention,
and

JANE DOES 1, 2, AND 3,

    Involuntary Defendants in Intervention.

## STIPULATED ORDER GRANTING COPPLER LAW FIRM'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW GENERAL ENTRY OF APPEARANCE AND FILE LIMITED ENTRY OF APPEARANCE

    THIS MATTER comes before the Court on Coppler Law Firm's (Gerald A. Coppler) Unopposed Motion for Leave to Withdraw General Entry of Appearance and File Limited Entry of Appearance, (Doc. 284), filed January 23, 2025 (the "Motion").

The Court, having reviewed the Motion and otherwise being advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.  Coppler Law Firm P.C. (Gerald A. Coppler) is permitted to file a limited entry of appearance, limiting its representation to defense of the claims asserted by Jane Does 1, 2, and 3 only.

**IT IS SO ORDERED.**

                                        Honorable Jerry H. Ritter
                                        United States Magistrate Judge

Respectfully submitted by:

*/s/ Gerald A. Coppler*
Gerald A. Coppler
COPPLER LAW FIRM, P.C.
645 Don Gaspar Avenue
Santa Fe, NM 87505
505-988-5656
gcoppler@coppler.com
*Attorneys for Defendant Meghan de los Reyes*

Approved by:

Mareike K. Bandy approved by email on 1/23/2025
Arlyn G. Crow
Mareike K. Bandy
ADAMS+CROW LAW FIRM
5051 Journal Center Blvd., N.E., Suite 320
Albuquerque, NM 87109
505-582-2819
arlyn@adamscrow.com
Mareike@adamscrow.com
*Attorneys for Defendants Glen de los Reyes and Glen's Fitness Lab, LLC*

<u>Alisha L. Walz approved by email on 1/23/2025</u>
Jerry A. Walz
Alisha L. Walz
WALZ AND ASSOCIATES, P.C
133 Eubank Blvd NE
Albuquerque, NM 87123
505-275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com
*Attorneys for Defendant Eastern New Mexico University Board of Regents*

<u>Kate Ferlic approved by email on 1/22/2025</u>
EGOLF + FERLIC +
MARTINEZ + HARWOOD, LLC
Katherine Ferlic
Brian Egolf
Kristina Martinez
Ben Osborn
123 W. San Francisco Street, Second Floor
Santa Fe, New Mexico 87501
(505) 986-9641
Kate@EgolfLaw.com
Brian@EgolfLaw.com
KMartinez@Egolflaw.com
Ben@EgolfLaw.com
*Attorneys for Plaintiffs*

<u>Carlos Quiñones approved by email on 1/22/2025</u>
Carlos Quiñones
QUIÑONES LAW FIRM
1532 B Paseo de Peralta
Santa Fe, NM 87505
505-992-1515
quinoneslaw@cybermesa.com
*Attorney for Defendant Paul Weir*

<u>William R. Anderson approved by email on 1/23/2025</u>
Daniel J. O'Brien
William R. Anderson
Penelope M. Quintero
O'BRIEN & PADILLA, P.C.
6000 Indian School Rd NE, Suite 200
Albuquerque, NM 87110
505-883-8181
dobrien@obrienlawoffice.com
wanderson@obrienlawoffice.com
pquintero@obrienlawoffice.com
*Attorneys for Defendant Meghan de los Reyes*

<u>Cooper J. Williams approved by email on 1/23/2025</u>
Charlotte A. Lamont
Cooper J. Williams
Kirk R. Allen
MILLER STRATVERT P.A.
500 Marquette N.W.
Suite 1100
Albuquerque, NM 87102
505-842-4723
clamont@mstlaw.com
cwilliams@mstlaw.com
kallen@mstlaw.com
*Attorneys for Defendant Glen de los Reyes*

<u>Scott P. Hatcher approved by email 1/23/2025</u>
Scott P. Hatcher
Emma D.B. Weber
CUDDY & MCCARTHY, LLP
1701 Old Pecos Trail
Santa Fe, NM 87505
(505) 988-4476
shatcher@cuddymccarthy.com
eweber@cuddymccarthy.com
*Attorneys for Intervenor Plaintiff Foremost Insurance Company Grand Rapids, Michigan*