## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, *et al.*,

     Plaintiffs,

v.                                                Civ. No. 23-362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, *et al.*,

     Defendants,

and

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

     Plaintiff-in-Intervention,

v.

MEGHAN DE LOS REYES, *et al.*,

     Defendants-in-Intervention,

and

JANE DOE 1, *et al.*,

     Involuntary Defendants-in-Intervention.

## ORDER FOR NOTICE OR MOTION RELATED TO REPRESENTATION BY AMANDA NELSON

THIS MATTER comes before the Court upon a review of the record.  On June 21,

2023, attorneys of Adams+Crow Law Firm, specifically Arlyn Crow and Amanda

1

Nelson, entered their appearances on behalf of Defendant Glen de los Reyes and Defendant Glen's Fitness Lab. *See doc. 17*. On November 12, 2024, another attorney of Adams+Crow Law Firm, specifically Mareike Bandy, entered a limited appearance on behalf of Defendant Glen de los Reyes and Defendant Glen's Fitness Lab. *See doc. 264*. On November 20, 2024, attorneys of Adams+Crow Law Firm, specifically Arlyn Crow and Marieke Bandy, filed an Unopposed Motion for Leave to Withdraw General Entry of Appearance and File Limited Entry of Appearance, requesting that the Court allow it to limit its representation of Defendant Glen de los Reyes exclusively to defending against the claims brought by Plaintiffs. *Doc. 269*. The Honorable Jerry H. Ritter granted Adams+Crow Law Firm's Motion on December 20, 2024. *Doc. 278*.

On January 15, 2025, Miller Stratvert P.A., another firm which had entered an appearance on behalf of Defendant Glen de los Reyes, filed a Motion for Leave to Withdraw General Entry of Appearance and File Limited Entry of Appearance, similarly requesting that the Court allow it to limit its representation of Defendant Glen de los Reyes exclusively to defending against the claims brought by Plaintiffs. *Doc. 281*. Judge Ritter has yet to rule on Miller Stratvert P.A.'s Motion.

Consequently, only Amanda Nelson has not sought to limit her general representation of Defendant Glen de los Reyes. The Court notes that it can be inferred that Amanda Nelson is no longer representing Defendant Glen de los Reyes. Ms. Nelson's entry of appearance was in connection with her relationship with

Adams+Crow Law Firm which appears to have ended.  Nonetheless, Ms. Nelson has not withdrawn her appearance pursuant to D.N.M.-LR Civ. 83.4(b).  Unfortunately, this matter is not merely ministerial.  As long as any attorney represents Defendant Glen de los Reyes with respect to the pending Motion for Summary Judgment by Foremost Insurance, Defendant Glen de los Reyes may not file a response *pro se*.  *See, e.g. doc. 200*.

IT IS THEREFORE ORDERED that, **by February 4, 2025,** Amanda Nelson shall file either (i) a notice indicating that she intends to continue as counsel for Defendant Glen de los Reyes for all purposes, (ii) a motion seeking to limit her appearance and representation, or (iii) a motion of withdrawal pursuant to D.N.M.-LR Civ. 83.4(b).  This requirement will be considered satisfied should Adams+Crow Law Firm, with Amanda Nelson's authorization, file a motion of withdrawal of her representation pursuant to D.N.M.-LR Civ. 83.4(b).  Failure to comply with this order will result in an order to show cause.[1]

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

---

[1] The order to show cause will also cover the failure to respond as ordered in *doc. 282*.