IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, *et al.*,

    Plaintiffs,

v.                                                                  Civ. No. 23-362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, *et al.*,

    Defendants,

and

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

    Plaintiff-in-Intervention,

v.

MEGHAN DE LOS REYES, *et al.*,

    Defendants-in-Intervention,

and

JANE DOE 1, *et al.*,

    Involuntary Defendants-in-Intervention.

### ORDER OVERRULING OBJECTIONS AND ADOPTING JUDGE RITTER'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Honorable Jerry H. Ritter filed his Proposed Findings and Recommended Disposition to Deny [130] Plaintiffs' Motion for Leave to File Second Amended

1

Complaint ("PFRD") on March 7, 2025.  *Doc. 300*.  The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review.  *Id*. at 12.  On March 21, 2025, Plaintiffs filed objections to Judge Ritter's PFRD.  *Doc. 301*.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of Judge Ritter's PFRD that have been properly objected to.  After conducting this de novo review and having thoroughly considered Judge Ritter's PFRD and the objections, the Court finds no reason either in law or in fact to depart from Judge Ritter's recommended disposition.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Plaintiffs' Objections to Proposed Findings and Recommended Disposition (*doc. 301*) are OVERRULED;

2. Judge Ritter's Proposed Findings and Recommended Disposition to Deny [130] Plaintiffs' Motion for Leave to File Second Amended Complaint (*doc. 300*) are ADOPTED; and

3. The Court DENIES Plaintiffs' Motion for Leave to File Second Amended Complaint (*doc. 130*).

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

2