IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, *et al.*,

    Plaintiffs,

v.                                                                                          Civ. No. 23-362 GBW/JHR

EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, *et al.*,

    Defendants,

and

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN,

    Plaintiff-in-Intervention,

v.

MEGHAN DE LOS REYES, *et al.*,

    Defendants-in-Intervention,

and

JANE DOE 1, *et al.*,

    Involuntary Defendants-in-Intervention.

## **FINAL ORDER**

Pursuant to the Court's Order Granting in Part and Denying in Part Defendant Eastern New Mexico University Board of Regents' Motion for Summary Judgment and Denying Plaintiffs' Motion for Partial Summary Judgment on Count VII of Plaintiffs'

First Amended Complaint (*doc. 308*), and the Court's Order Resolving Remaining State Claims (*doc. 309*), and in accordance with Fed. R. Civ. P. 58, the Court hereby enters this Final Order:

1. Plaintiffs' Title IX claims (Count VII) and Invasion of Privacy claims (Count VI) are DISMISSED WITH PREJUDICE; and

2. Plaintiffs' Negligence (Count I), Sexual Battery (Count II), and New Mexico Human Rights Act (Count III) claims are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**