IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANE DOE 1, JANE DOE 2,**
**And JANE DOE 3,**

**Plaintiffs,**

v.                                                                 No. 23-CV-00362-GBW-JHR

**EASTERN NEW MEXICO UNIVERSITY**
**BOARD OF REGENTS,** *et al.*,

    **Defendants.**

**FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,**

    **Plaintiff in Intervention,**

v.

**MEGHAN AND GLEN DE LOS REYES AND CLEN'S FITNESS LAB,**

    **Defendants in Intervention,**

**and**

**JANE DOES 1, 2, AND 3,**

    **Involuntary Defendants in Intervention.**

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that Plaintiffs JANE DOE 1, JANE DOE 2, and JANE DOE 3, by and through counsel of record, Egolf + Ferlic + Martinez + Cox, LLC, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Final Order (Doc. 310) and from the Order Overruling Objections and Adopting Judge Ritter's Proposed Findings and Recommended Disposition (Doc. 305) entered in this action on March 31, 2025.

Respectfully submitted,

EGOLF + FERLIC +
MARTINEZ + COX, LLC

/s/ Kate Ferlic
Katherine Ferlic
Brian Egolf
Kristina Martinez
Benjamin Osborn
123 W. San Francisco Street, Second Floor
Santa Fe, New Mexico 87501
(505) 986-9641
Kate@EgolfLaw.com
Brian@EgolfLaw.com
KMartinez@EgolfLaw.com
Ben@EgolfLaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of April 2025, I filed the foregoing notice through Court's CM/ECF online filing system, which caused all parties entitled to notice to be served by electronic means, as more fully reflected on the notice of electronic filing.

/s/ Kate Ferlic
Katherine Ferlic