UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

June 10, 2025

Ms. Katherine Ferlic
Egolf, Ferlic, Martinez, Cox
123 West San Francisco Street, Suite 200
Santa Fe, NM 87501

**RE:** 25-2044, Jane Doe 1, et al v. Eastern New Mexico University Board of Regents, et al
Dist/Ag docket: 2:23-CV-00362-GBW-JHR

Dear Counsel:

Our records show that the transcript is due in the captioned appeal.

Please file cause the court reporter (Kellie Gallegos) to file the transcript forthwith.

If you need an extension, please file your motion with the clerk of this court within seven days from the date of this letter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Counsel of record

CMW/klp